UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HELEN A. WILLIAMS, | : | Case No. 3:16-cv-301 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| NANCY A. BERRYHILL, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY**

This social security case is presently before the Court on the parties' Joint Motion to Remand. (Doc. #10). The parties agree that this case should be remanded to the Commissioner of Social Security for further proceedings, pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), and respectfully request this Honorable Court enter an appropriate order with judgment.

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ's) decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act. In so doing, the ALJ will (1) offer Plaintiff a supplemental hearing; (2) reevaluate the medical opinions and explain the reasons for the weight assigned pursuant to the regulations; (3) reassess Plaintiff's residual functional capacity; and (4) if necessary, obtain supplemental testimony from a

vocational expert to clarify the effect of the reassessed limitations on Plaintiff's past relevant work and occupational base.

### IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #10) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:  March 28, 2017                                                    *s/Thomas M. Rose
                                                                                        Thomas M. Rose
                                                                                        United States District Judge